Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
Tamar Gabriel (SBN 266860)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
INTEGRITY SOLUTION SERVICES, INC.
f/k/a/ PINNACLE FINANCIAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BENABIDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRITY SOLUTION SERVICES, INC.<br>dba PINNACLE FINANCIAL GROUP,<br>INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No:<br><br>**NOTICE OF REMOVAL** |

Defendant, INTEGRITY SOLUTION SERVICES hereby files this notice of removal under 28 U.S.C. §1446(a).

## A. INTRODUCTION

1.      Defendant is INTEGRITY SOLUTION SERVICES ("Defendant"); Plaintiff is MONICA BENABIDEZ ("Plaintiff").

2.      Upon information and belief, Plaintiff initially filed this case on October 30, 2013, in the Superior Court of California, County of Fresno, Case No. 13 CE CL 10244.  A true and correct copy of Plaintiff's original Summons and Complaint is attached hereto as Exhibit "A".

3.      On December 26, 2013, Defendant was personally served with the Summons and a copy of the Plaintiff's Complaint.

4.      As Defendant received Plaintiff's Complaint on December 26, 2013, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## B.  BASIS FOR REMOVAL

5.      Removal is proper because Plaintiff's Complaint involves a federal question.  28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).  Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. §1692, *et seq.* and 47 U.S.C. § 227(b)(1)(A)(iii) for alleged violations of the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. §1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. §1367.

6.      Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7.      Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## C.  JURY DEMAND

8.      Plaintiff demands a jury in the state court action.  Defendant also demands a jury trial.

/ / /

**D.  CONCLUSION**

9.    Defendant respectfully requests removal of this action as it involves a federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 and the Telephone Consumer Protection Act, 47 U.S.C. §227.


DATED:  January 24, 2014                    CARLSON & MESSER LLP


                                            By:  /s/ Jeanne L. Zimmer
                                                 Jeanne L. Zimmer
                                                 Tamar Gabriel
                                                 Attorney for Defendant,
                                                 INTEGRITY SOLUTION SERVICES,
                                                 INC. f/k/a/ PINNACLE FINANCIAL
                                                 GROUP, INC.

# EXHIBIT "A"

RECEIVED

DEC 2 6 2013

CLIENT SERVICES

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

INTEGRITY SOLUTION SERVICE, INC. DBA PINNACLE
FINANCIAL GROUP, INC.; AND DOES 1 THROUGH 10,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MONICA BENABIDEZ,



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED

NOV - 6 2013

FRESNO SUPERIOR COURT

By _____
DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of Fresno | CASE NUMBER *(Número del Caso):* 13 CE CL 10 244 |
|---|---|

1130 O Street
Fresno, CA 93721

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Paul Mankin, Esq., 8730 Wilshire Blvd., Suite 310, Beverly Hills, CA 90211, (800) 219-3577

| DATE: *(Fecha)* NOV - 6 2013 | Clerk, by *(Secretario)* E. OLVERA | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**[SEAL]**

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

## SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
www.paulmankin.com
Attorney for Plaintiff


FILED
OCT 3 0 2013
FRESNO SUPERIOR COURT
By_____ ,N DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF FRESNO
### LIMITED JURISDICTION

Case No. 13 CE CL 10244

MONICA BENABIDEZ,

Plaintiff,

vs.

INTEGRITY SOLUTION SERVICES,
INC. dba PINNACLE FINANCIAL
GROUP, INC.; and DOES 1 through 10,
inclusive,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

COMPLAINT FOR VIOLATION
OF ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT AND
FEDERAL FAIR DEBT COLLECTION
PRACTICES ACT

(Amount not to exceed $10,000)

1.  Violation of Rosenthal Fair Debt
    Collection Practices Act
2.  Violation of Fair Debt Collection
    Practices Act

## I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer for Defendant's

violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.*

(hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

(hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive,

deceptive, and unfair practices.

Complaint - 1

## II. PARTIES

2.     Plaintiff, Monica Benabidez ("Plaintiff"), is a natural person residing in Fresno County in the State of California and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.     At all relevant times herein, Defendant, Integrity Solution Services, Inc. dba Pinnacle Financial Group, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692(a)(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692(a)(6), and RFDCPA, Cal. Civ. Code §1788.2(c).

4.     Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise, of Defendants sued herein as Does 1 through 10, inclusive, and therefore names said Defendants under provisions of Section 474 of the California Code of Civil Procedure.

5.     Plaintiff is informed and believes, and on that basis alleges that Defendants Does 1 through 10 are in some manner responsible for acts, occurrences and transactions set forth herein and are legally liable to Plaintiff.

## III. FACTUAL ALLEGATIONS

6.     At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

7.     In its attempts to collect on the alleged debt, Defendant has placed telephone calls to Plaintiff from 877-793-9485 on a daily basis.

8.     On information and belief, Defendant contacted Plaintiff, on average, two or more times per day.

9.     On information and belief, Defendant contacted Plaintiff, on average, 10 or more times per week.

10.    Plaintiff has received multiple telephone calls each day from Defendant in connection with the alleged debt, which demonstrates a clear intention on Defendant's part to annoy and harass.

11.    Plaintiff has asked Defendant on several occasions to stop its incessant collection calls, but Defendant has continued undeterred.

12.    Defendant also threatened to take legal action against Plaintiff without the intention of taking such action.

13.    Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§ 1692(d));

   b) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances (Cal Civ. Code § 1788.11(e));

   c) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number (§ 1692d(5));

   d) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ. Code §1788.11(d)).

   e) Threatening consumer with legal action without the intention of taking such action (§ 1692(e)(5)).

14.     As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT

15.     Plaintiff reincorporates by reference all of the preceding paragraphs.

16.     To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A.     Actual damages;
B.     Statutory damages for willful and negligent violations;
C.     Costs and reasonable attorney's fees; and
D.     For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT
## COLLECTION PRACTICES ACT

17.     Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A.     Actual damages;
B.     Statutory damages;
C.     Costs and reasonable attorney's fees; and,
D.     For such other and further relief as may be just and proper.

Complaint - 4

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this October 26, 2013.

By: _____
Paul Mankin, Esq.
Law Office of L. Paul Mankin
Attorney for Plaintiff

Complaint - 5

# PROOF OF SERVICE

STATE OF CALIFORNIA                )
                                   )   ss
COUNTY OF LOS ANGELES              )

     I am employed in the County of Los Angeles, State of California.

     I am over the age of eighteen years and not a party to the within action.  My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

     On **January 27, 2014**, I served the foregoing document(s) described as: **NOTICE OF REMOVAL** on all interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

[X]   **BY MAIL:**  I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP.  I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **BY ELECTRONIC MAIL:**  Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list).  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **PERSONAL SERVICE BY HAND:**  I personally served document to address stated on POS Service List.

[ ]   **BY FACSIMILE:**  I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[ ]   **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **27**th day of **January, 2014**, at Los Angeles, California.

_Kathryn A. Brown_
KATHRYN A. BROWN

{00013588;1}
07735.00                                    1

1

## SERVICE LIST

Benabidez, Monica v. Integrity Solution Services, Inc.

Case No. Unassigned

File No. 07735.00.00

2

3

4

Paul Mankin, IV                                    Attorneys for Plaintiff
LAW OFFICES OF PAUL MANKIN IV          MONICA BENABIDEZ

5

8730 Wilshire Blvd., Suite 310
Beverly Hills, CA  90211

6

Phone:  (800) 219-3577

7

Fax:     (323) 207-3885
E-mail:  pmankin@paulmankin.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00013588;1}
07735.00                                          2