L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONICA BENABIDEZ, an individual,** ) | Case No. 1:14-cv-00118 |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **DIVERSIFIED CONSULTANTS, INC.** ) | |
| **AND DOES 1 THROUGH 10, Inclusive,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of April 2014

By: s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 26th day of November, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Anthony Ishii
United States District Court
Eastern District of California

Tamar Gabriel, Esq.
Carlson & Messer, LLP
Attorney for Defendant

This 25th day of April 2014

<u>s/L. Paul Mankin</u>
L. Paul Mankin