Paul Mankin (SBN 264038)
pmankin@paulmankin.com
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
(800) 219-3577 Telephone
(323) 207-3855 Facsimile

Attorneys for Plaintiff,
MONICA BENABIDEZ

Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
Tamar Gabriel (SBN 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
INTEGRITY SOLUTION SERVICES, INC.
f/k/a/ PINNACLE FINANCIAL GROUP, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA BENABIDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>INTEGRITY SOLUTION SERVICES, INC. dba PINNACLE FINANCIAL GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No: 1:14-CV-00118-AWI-BAM<br><br>**STIPULATION TO DISMISS** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff MONICA BENABIDEZ ("Plaintiff") and Defendant INTEGRITY SOLUTION SERVICES, INC. f/k/a/

{STIP TO DISMISS;1}
07735.00

- 1 -

STIPULATION TO DISMISS
Case No. 1:14-CV-00118-AWI-BAM

PINNACLE FINANCIAL GROUP, INC. ("Defendant") by and through their respective counsel of record, that Plaintiff shall dismiss the above-entitled lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party to bear their own costs.

**SO STIPULATED.**

DATED: June 2, 2014     LAW OFFICE OF L. PAUL MANKIN


By: /s/ L. Paul Mankin
    L. Paul Mankin
    Attorneys for Plaintiff,
    MONICA BENABIDEZ


DATED: June 2, 2014     CARLSON & MESSER LLP


By: /s/ Tamar Gabriel
    Jeanne L. Zimmer
    Tamar Gabriel
    Attorney for Defendant,
    INTEGRITY SOLUTION SERVICES, INC.
    f/k/a/ PINNACLE FINANCIAL GROUP, INC.